IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NO. 10-81479
CHAPTER 13

In Re:
BILLY WAYNE BROCKINGTON and
ANGELA EVANS BROCKINGTON,

       Debtors.

To the Clerk of the United States Bankruptcy Court:

## MOTION FOR SUBSTITUTION OF COUNSEL

**COMES NOW KHF Lending, LLC,** (hereinafter "Movant"), and moves the Court to enter an Order granting Substitution of Counsel, Mark A. Baker in place of Angel R. Gordon.

**WHEREFORE, PREMISES CONSIDERED, KHF Lending, LLC** requests that the court grant the motion.

REQUEST is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

DATED: September 9th, 2011

Respectfully submitted,

**KHF Lending, LLC**

BY:

| | |
|---|---|
| **/S/** Mark A. Baker | **/S/** Angel R. Gordon |
| Mark A. Baker , Bar No. #32382 | Angel R. Gordon , Bar No. #24996 |
| Attorney for KHF Lending, LLC | 327 Parkview Manor Drive |
| 1587 Northeast Expressway | Tucker, Ga 30084 |
| Atlanta, GA 30329 | |
| (770) 234-9181, Ext. 8861 | |
| Fax: (404) 329-8005 | |
| mabaker@jflegal.com | |

# CERTIFICATE OF SERVICE

      I, Mark A. Baker, Attorney at Law, Johnson & Freedman, LLC, 1587 Northeast Expressway, Atlanta, GA 30329, certify:

      That on the 9th day of September, 2011, I served on the respondent(s) in this matter a copy of the foregoing document by regular mail, with appropriate postage affixed, at the attached addresses, or via electronic transmission, pursuant to this Court's local rule and the Federal Rules of Bankruptcy Procedure:

## VIA REGULAR U.S. MAIL:

| | |
|---|---|
| Billy Wayne Brockington<br>112 S. Woodcrest Street<br>Durham, NC  27703 | Angela Evans Brockington<br>112 S. Woodcrest Street<br>Durham, NC  27703 |
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>302 East Pettigrew St., Suite B-140<br>P. O. Box 3613<br>Durham, NC  27702-3613 | John T. Orcutt, Esq.<br>Suite 203<br>6616 Six Forks Road<br>Raleigh, NC  27615 |

This, the ___9th___ day of _____September____, 2011

      BY: **/S/**  Mark A. Baker
           Mark A. Baker , Bar No. #32382
           Attorney for KHF Lending, LLC
           1587 Northeast Expressway
           Atlanta, GA  30329
           (770) 234-9181, Ext. 8861
           Fax: (404) 329-8005
           mabaker@jflegal.com