IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NO. 10-81479
CHAPTER 13

In Re:
BILLY WAYNE BROCKINGTON and
ANGELA EVANS BROCKINGTON,

Debtors.

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE regarding the motion filed by KHF Lending, LLC, its Successors and/or Assigns, for Substitution of Counsel has come before the Court.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Substitution of Counsel is hereby granted and Mark A. Baker is substituted in place of Angel R. Gordon.

Order is to be served on the following parties:

Billy Wayne Brockington, Debtor

Angela Evans Brockington, Debtor

John T. Orcutt, Esq., Debtor's Attorney

Richard M. Hutson, II , Trustee

Angel R. Gordon: 327 Parkview Manor Drive, Tucker, Ga 30084